1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO, CALIFORNIA

| | |
|---|---|
| ESPERANZA REYES, | ) 1: 13-cv-00545-AWI-BAM |
| | ) |
| Plaintiff, | ) |
| | ) ORDER GRANTING MOTION |
| v. | ) TO PROCEED IN FORMA PAUPERIS |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| JUSTICE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

On April 16, 2013, plaintiff Esperanza Reyes ("Plaintiff") appearing pro se, filed a

motion to proceed in forma pauperis.  Having reviewed the in forma pauperis application, this

court GRANTS Plaintiff's application.  In due course, pursuant to 28 U.S.C. § 1915(e)(2), the

Court will screen Plaintiff's Complaint to determine whether it states a claim for which relief can

be granted under Fed. R. Civ. P. 8(a).

IT IS SO ORDERED.

**Dated:   May 2, 2013**                          **/s/ Barbara A. McAuliffe**
                                                              UNITED STATES MAGISTRATE JUDGE