IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPERANZA REYES SAUCEDO,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　　　　　　　　Defendant. | CASE NO.  1:13-CV-00545-AWI-BAM<br><br>**ORDER OF DISMISSAL** |

On January 14, 2015, the parties submitted a Stipulation of Dismissal to the Court in the above-referenced matter.

Accordingly, the instant matter is dismissed without prejudice, and the parties will bear their own respective fees and costs, including attorney fees and other litigation expenses.

IT IS SO ORDERED.

Dated:   January 14, 2015      　　　　　　_____

　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE

Order of Dismissal　　　　　　　　　　1